698 A.2d 570

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Pablo SANTANA, Respondent.**

**No. 337 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 2, 1997.

*ORDER*

PER CURIAM.

AND NOW, this 2nd day of July, 1997, upon consideration of the Report and Recommendations of the Disciplinary Board dated May 13, 1997, it is hereby

ORDERED that PABLO SANTANA be and he is DISBARRED from the Bar of this Commonwealth, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.